***COUNTY BOARD OF EQUALIZATION AND COUNTY EXCISE BOARD — OFFICERS*** THE ELECTION OF THE CHAIRMAN AND VICE-CHAIRMAN OF THE COUNTY EXCISE BOARD PURSUANT TO THE PROVISIONS OF 68 O.S. 1971, 2486 [68-2486], SHALL CONSTITUTE THE ELECTION OF THE CHAIRMAN AND VICE-CHAIRMAN OF THE COUNTY BOARD OF EQUALIZATION. CITE: TITLE 68 O.S. 1971, 2457 [68-2457]; TITLE 68 O.S. 1971, 2481 [68-2481]. (PAUL C. DUNCAN)